## Fourth Department June, 1937.
### (June 30, 1937.)

In the Matter of the Final Judicial Settlement of the Account of Joseph Gitsky, Executor, etc., of William H. Gitsky.— Transferred to the Appellate Division, First Department, for determination. Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

In the Matter of the Estate of William H. Gitsky, Deceased.— Transferred to the Appellate Division, First Department, for determination. Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

In the Matter of the Claim of the Bank of Cattaraugus, Respondent, v. The Estate of Ernest B. Houghton, Deceased, Appellant.— Decree affirmed, with costs. All concur. (The decree sustains claim against an estate on promissory notes.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

Mary L. Donovan, as Administratrix, etc., of Francis T. Donovan, Deceased, etc., Respondent, v. City of Buffalo, Appellant.— Judgment and order affirmed, with costs. All concur. (The judgment awards damages for death of plaintiff's intestate resulting from an automobile colliding with a platform in a safety zone. The order denies a motion for a new trial on the minutes.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

The Merchants National Bank and Trust Company of Syracuse, Appellant, v. Minnie E. Rafferty, Respondent, Francis P. Maloney and Others, Defendants, and Minnie E. Rafferty, as Executrix, etc., of William F. Rafferty, Deceased, Respondent.— Judgment and order reversed on the law and facts, with costs, and matter remitted to the Special Term to take such further proof as the parties may present in accordance with the opinion in *Hoard* v. *Luther* [*ante*, p. 692], decided herewith. Certain findings of fact and conclusions of law disapproved and reversed. All concur, except Edgcomb, J., not voting. (The judgment denies a motion for a deficiency judgment in a mortgage foreclosure action. The order confirms the referee's report.) Present — Sears, P. J., Edgcomb, Crosby, Cunningham and Taylor, JJ.

George P. Snyder and Anna Mabel Snyder, Respondents, v. The State of New York, Appellant. (Claim No. 23998.) — Judgment affirmed, with costs. Memorandum: We construe the evidence and decision in so far as they related to the value of the trees as bearing upon and included in the consequential damages for injury to the land by the change of grade of the highway in the improvement. All concur. (The judgment awards damages for the appropriation of realty for the elimination of a grade crossing.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

Frank W. Fenner and Jessie Fenner, Respondents, v. The State of New York, Appellant. (Claim No. 23999.) — Same decision and like cause of action as in companion case last above. Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.